ACCEPTED
01-14-00870-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/21/2015 2:48:09 PM
CHRISTOPHER PRINE
CLERK

**No. 01-14-00870-CV**

In the Court of Appeals
For the First District of Texas
Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/21/2015 2:48:09 PM

CHRISTOPHER A. PRINE
Clerk

Elishah Sawyers; Pax Crate & Freight, Inc.;
and Robin Sawyers,

Appellants

vs.

Mark Carter and Sally Carter,

Appellees

Appeal from the 506th Judicial District Court
of Waller County, Texas
Trial Court Cause No. 14-07-22604

**SUPPLEMENT TO THE PREVIOUSLY-FILED
UNOPPOSED MOTION OF APPELLANTS, ELISHAH SAWYERS,
PAX CRATE & FREIGHT, INC., AND ROBIN SAWYERS
FOR IMMEDIATE ISSUANCE OF THE MANDATE**

**TO THE HONORABLE FIRST COURT OF APPEALS:**

1. On August 18, 2015, Appellants, Elishah Sawyers, Robin Sawyers and Pax Crate & Freight, Inc., filed their Unopposed Motion for Immediate Issuance of the Mandate. In that motion, the Sawyers and Pax Crate informed the Court that "very shortly after the mandate is issued by the Clerk

of this Court, Elishah Sawyers, Robin Sawyers, and Pax Crate & Freight, Inc., intend to file their motion for new trial with the clerk of the trial court."

2.     The Sawyers and Pax Crate file this supplement to their previously-filed unopposed motion for immediate issuance of the mandate to notify the Court that Appellants and Appellees have settled all claim in this lawsuit.  Once the Clerk of this Court issues the mandate, the parties will file with the Waller County District Clerk a joint motion to dismiss the underlying lawsuit with prejudice.  Immediate issuance of the mandate will allow the parties to finalize disposition of the underlying case once and for all.

WHEREFORE, PREMISES CONSIDERED, Appellants, Elishah Sawyers; Pax Freight & Crate, Inc.; and Robin Sawyers, respectfully pray that the Court grant their previously-filed unopposed motion for immediate issuance of the mandate.  Appellants pray that the Court order the Clerk of this Court to issue the mandate in the above-captioned and numbered appeal immediately based upon the agreement of all parties so that the parties can give effect to the terms of their full and final settlement of all claims in the underlying lawsuit.

Respectfully submitted,

LAW OFFICES OF SCOTT ROTHENBERG

   /s/   Scott Rothenberg
SCOTT ROTHENBERG
scott@rothenberglaw.com email
State Bar No. 17316750
2777 Allen Parkway, Suite 1000
Houston, Texas 77019-2165
(713) 667-5300 telephone
(713) 667-0052 telecopier
**LEAD COUNSEL FOR APPELLANTS, ELISHAH SAWYERS, PAX CRATE & FREIGHT, INC., and ROBIN SAWYERS**

## Certificate of Conference

Please see paragraph 8 of the previously-filed unopposed motion for the particulars regarding the conference between counsel for Appellants and counsel for Appellees.

   /s/ Scott Rothenberg
Scott Rothenberg

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing supplement has been forwarded by e-filing and e-service to all lead counsel of record, on this 21st day of August, 2015, as follows:

Mr. Bruce C. Tough and Ms. Diana Tough
The Tough Law Firm
819 Crossbridge Drive
Spring, Texas 77373
(281) 681-0808 telephone
(281) 681-0809 fax
btough@toughlawfirm.net - email


    /s/   Scott Rothenberg
SCOTT ROTHENBERG